**J. Garvan Murtha**
U.S. District Judge

Tel:

May 1, 2007

Honorable Ortrie D. Smith, Chair
Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, DC 20544

RE:    Financial Disclosure Report
       Calendar Year 2006

Dear Judge Smith:

This is in response to the numbered paragraphs of your correspondence of June 15, 2007.

1)    In Part VII, page 4, line 9, column B(1) should be left blank.

2)    In Part VII, page 4, line 13, column B(1) should be "A".

3)    In Part VII, page 7, line 52, column D(3) should be "J"; and
      In Part VII, page 9, line 99, column D(3) should be "J".

4)    In Part VII, page 9, line 101, column B(2) should be "D"; and
      In Part VII, page 11, line 121, column B(2) should be "C".

Please let me know if you have further questions.

JGM:kbl

| AO 10 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics |
| Rev. 1/2007 | FOR CALENDAR YEAR 2006 | in Government Act of 1978 |
| | | (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Murtha, J. Garvan | U.S. District Court - Vermont | 5/1/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2006<br>to<br>12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| United States District Court<br>P.O. Box 760<br>Brattleboro, VT 05302-0760 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner | ▬Limited Partnership #1 |
| 2. Partner | ▬Limited Partnership #2 |
| 3. Partner | ▬Limited Partnership #3 |
| 4. Partner | ▬Limited Partnership #4 |
| 5. Trustee | Trust #1 |
| 6. Co-Executor | Estate #1 |
| 7. Trustee | Trust #2 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 MAY -2 A II: 15 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 5/1/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]  NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ]  NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2006 | Levy, Winer & Berson -- Salary |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ]  NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | The Brookings Institution | Washington, DC, Dec. 6-8, 2006 (meals, hotel, transportation) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 5/1/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 5/1/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Accenture Ltd. Class A Stock | A | Dividend | J | T | Buy | 8/17 | J | | |
| 2. Alltel Common Stock | A | Dividend | J | T | | | | | |
| 3. Amgen Common Stock | | None | K | T | | | | | |
| 4. Bemis Company Common Stock | A | Dividend | J | T | | | | | |
| 5. Cathay Bank Common Stock | A | Dividend | K | T | | | | | |
| 6. Church & Dwight Common Stock | A | Dividend | | | Sell | 8/17 | J | | |
| 7. Cisco Systems Common Stock | | None | J | T | | | | | |
| 8. Conagra Common Stock | A | Dividend | | | Sell | 2/16 | J | | |
| 9. Constellation Brands Stock | A | None | J | T | Buy | 8/17 | J | | |
| 10. CVS Corp. Stock | A | Dividend | J | T | Buy | 8/17 | J | | |
| 11. Ecolab Common Stock | A | Dividend | J | T | | | | | |
| 12. Exxon-Mobil Common Stock | B | Dividend | L | T | | | | | |
| 13. GS Fin'l Square Treas., fmrly Federated U.S. Treas Cash Res | | Interest | J | T | | | | | |
| 14. Fortune Brands Stock | A | Dividend | J | T | | | | | |
| 15. FPL Group Inc. Stock | A | Dividend | J | T | | | | | |
| 16. Hilton Hotels Stock | A | Dividend | J | T | Buy | 8/17 | J | | |
| 17. Income Money Market Fund | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 5/1/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Intel Common Stock | A | Dividend | | | Sell | 8/17 | J | | |
| 19. Ishare Midcap Index 400 Fund | A | Dividend | J | T | | | | | |
| 20. Ishare MSCI Fund | A | Dividend | J | T | | | | | |
| 21. Ishare Small Cap 600 Fund | A | Dividend | J | T | | | | | |
| 22. Kaman Corp. Common Stock | B | Dividend | K | T | | | | | |
| 23. Maxim Integrated Prods. Stock | A | Dividend | J | T | Buy | 8/17 | J | | |
| 24. Medtronic, Inc. Common Stock | A | Dividend | K | T | | | | | |
| 25. Nokia Common Stock | A | Dividend | | | Sell | 8/17 | J | A | |
| 26. Omnicom Group Common Stock | A | Dividend | J | T | | | | | |
| 27. Pepsico Common Stock | A | Dividend | J | T | | | | | |
| 28. Pimco Commodity Fund | A | Dividend | J | T | | | | | |
| 29. Pimco Real Return Fund | A | Dividend | J | T | | | | | |
| 30. Qualcomm Stock | A | Dividend | J | T | Buy | 8/17 | J | | |
| 31. Seagate Technology Common Stock | | None | | | Sell | 8/17 | J | A | |
| 32. Sysco Corp. Common Stock | A | Dividend | | | Sell | 8/17 | J | | |
| 33. Vanguard Emerging Mkts Stock | A | Dividend | J | T | Buy | 8/17 | J | | |
| 34. Webster Fincl. Corp. | A | Dividend | K | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
   (See Column C2)    Q =Appraisal    V =Other    S =Assessment
   U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 5/1/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Windstream Stock | A | Dividend | J | T | Buy | 2/15 | J | | |
| 36. Windstream Stock | A | Dividend | | | Sell | 9/28 | J | A | |
| 37. Merchants Bank Account | A | Interest | J | T | | | | | |
| 38. Brattleboro Country Club | A | Interest | J | W | | | | | |
| 39. Brattleboro Racquetsports, VT | | None | J | W | | | | | |
| 40. Brattleboro Tennis Club, VT | | None | J | W | | | | | |
| 41. Ocean Reef Yacht Club Timeshare | | None | J | W | | | | | |
| 42. ▮▮▮▮ Limited Partnership #1 | E | Div. & Int. | O | T | | | | | |
| 43. - Automatic Data Processing Stock | | | | | | | | | |
| 44. - Becton Dickinson Stock | | | | | | | | | |
| 45. - Caremark Stock | | | | | | | | | |
| 46. - Citigroup Stock | | | | | | | | | |
| 47. - Columbia Mid Cap Value Fund | | | | | | | | | |
| 48. - Columbia Sm. Cap Core Fund | | | | | | | | | |
| 49. - Columbia SmCap Growth Fund fmrly Columbia Sm. Co. EquityFd | | | | | | | | | |
| 50. - Columbia Acorn Fund | | | | | | | | | |
| 51. - Columbia Acorn Int'l Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 5/1/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Dell Stock | | | | | Sell | 7/31 | | | |
| 53. - Dreyfus Tax Exempt Fund | | | | | | | | | |
| 54. - Hartford Fin'l Stock | | | | | | | | | |
| 55. - Home Depot Stock | | | | | | | | | |
| 56. - Oracle Stock | | | | | | | | | |
| 57. - Pepsico Stock | | | | | | | | | |
| 58. - Procter & Gamble Stock | | | | | | | | | |
| 59. - Target Stock | | | | | | | | | |
| 60. - United Technologies Stock | | | | | | | | | |
| 61. - Weyerhaeuser Stock | | | | | | | | | |
| 62. ▓▓▓Limited Partnership #2 | G | Div. & Int. | P1 | T | | | | | |
| 63. - Amgen Stock | | | | | | | | | |
| 64. - Automatic Data Processing Stock | | | | | | | | | |
| 65. - Bank of America Stock | | | | | | | | | |
| 66. - Caterpillar Stock | | | | | | | | | |
| 67. - Cathay Bancorp Stock | | | | | | | | | |
| 68. - Columbia Acorn Int'l Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 5/1/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Columbia Marisco Int'l Fund | | | | | | | | | |
| 70. - Columbia Mid Cap Fd | | | | | | | | | |
| 71. - Columbia Multi-Strategy Hedge Fund | | | | | | | | | |
| 72. - Columbia Small Cap Core Fd | | | | | | | | | |
| 73. - Compudyne Stock | | | | | | | | | |
| 74. - CSX Corp. Stock | | | | | | | | | |
| 75. - Dana Corp. Stock | | | | | Sell | 3/30 | J | | |
| 76. - Dell Stock | | | | | Sell | 7/31 | K | | |
| 77. - Dreyfus Tax Exempt Fund | | | | | | | | | |
| 78. - Eastman Kodak Stock | | | | | Sell | 3/30 | K | | |
| 79. - Exxon Mobil Stock | | | | | | | | | |
| 80. - First Data Stock | | | | | | | | | |
| 81. - Franklin Res. Stock | | | | | | | | | |
| 82. - Genzyme Stock | | | | | | | | | |
| 83. - Hewlett Packard Stock | | | | | Buy | 7/31 | K | | |
| 84. - Houston Tex Arpt Bonds | | | | | | | | | |
| 85. - Johnson & Johnson Stock | | | | | | | | | |

1. Income Gain Codes:  A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
3. Value Method Codes   P3 =$25,000,001 - $50,000,000   R =Cost (Real Estate Only)   P4 =More than $50,000,000   T =Cash Market
   (See Column C2)   Q =Appraisal   V =Other   S =Assessment
   U =Book Value   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 5/1/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Kellogg Stock. | | | | | | | | | |
| 87. - Lowes Stock | | | | | | | | | |
| 88. - Lubrizol Corp. Stock | | | | | | | | | |
| 89. - Medtronic Stock | | | | | | | | | |
| 90. - Microsoft Stock | | | | | | | | | |
| 91. - Morgan J.P. Chase Stock | | | | | | | | | |
| 92. - Procter & Gamble Stock | | | | | | | | | |
| 93. - Royal Dutch Shell Stock | | | | | | | | | |
| 94. - Staples Stock | | | | | | | | | |
| 95. - Target Stock | | | | | | | | | |
| 96. - Teva Pharmaceutical Stock | | | | | | | | | |
| 97. - United Parcel Stock | | | | | | | | | |
| 98. - United Technologies Stock | | | | | | | | | |
| 99. - Western Union Stock | | | | | Buy | 10/4 | | | |
| 100. - Weyerhaeuser Stock | | | | | | | | | |
| 101. ▇▇▇Limited Partnership #3 | F | | P1 | T | | | | | |
| 102. - Automatic Data Processing Stock | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 5/1/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. - Becton Dickinson Stock | | | | | | | | | |
| 104. Caremark Stock | | | | | Buy | 2/15 | L | | |
| 105. - Citigroup Stock | | | | | | | | | |
| 106. - Columbia Mid Cap Value Fund | | | | | | | | | |
| 107. - Columbia Sm. Cap Core Fund | | | | | | | | | |
| 108. - Columbia SmCap Growth Fund fmrly Columbia Sm. Co. EquityFd | | | | | | | | | |
| 109. - Columbia Acorn Fund | | | | | | | | | |
| 110. - Columbia Acorn Int'l Fund | | | | | | | | | |
| 111. - Dell Stock | | | | | | | | | |
| 112. - Dreyfus Tax Exempt Fund | | | | | | | | | |
| 113. - Hartford Fin'l Stock | | | | | | | | | |
| 114. - Home Depot Stock | | | | | | | | | |
| 115. - Oracle Stock | | | | | | | | | |
| 116. - Pepsico Stock | | | | | | | | | |
| 117. - Procter & Gamble Stock | | | | | | | | | |
| 118. - Target Stock | | | | | | | | | |
| 119. - United Technologies Stock | | | | | Buy | 2/15 | K | | |

1. Income Gain Codes:  A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
   (See Column C2)    Q =Appraisal    V =Other    S =Assessment
   U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 5/1/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - Weyerhaeuser Stock | | | | | | | | | |
| 121. ▆▆▆▆imited Partnership #4 | G | | P2 | T | | | | | |
| 122. - Air Prods & Chems Stock | | | | | Buy | 8/31 | K | | |
| 123. - Amgen Stock | | | | | | | | | |
| 124. - Automatic Data Processing Stock | | | | | | | | | |
| 125. - Bank of America Stock | | | | | | | | | |
| 126. - Caterpillar Stock | | | | | | | | | |
| 127. - Cathay Bancorp Stock | | | | | | | | | |
| 128. - Columbia Acorn Int'l Fd | | | | | Buy | 3/28 | M | | |
| 129. - Columbia Marisco Int'l Fd | | | | | Buy | 9/7 | L | | |
| 130. - Columbia Mid Cap Fd | | | | | | | | | |
| 131. - Columbia Mngt Hedge Fd | | | | | Buy | 1/25 | M | | |
| 132. - Columbia Small Cap Fd | | | | | | | | | |
| 133. - Compudyne Stock | | | | | | | | | |
| 134. - CSX Corp. Stock | | | | | | | | | |
| 135. - Dana Corp. Stock | | | | | Sell | 3/30 | J | | |
| 136. - Dell Stock | | | | | Sell | 7/31 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 5/1/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Dreyfus Tax Exempt Fund | | | | | | | | | |
| 138. - Eastman Kodak Stock | | | | | Sell | 3/30 | K | | |
| 139. - Exxon Mobil Stock | | | | | | | | | |
| 140. - First Data Stock | | | | | | | | | |
| 141. - Franklin Res. Stock | | | | | | | | | |
| 142. - Genzyme Stock | | | | | | | | | |
| 143. - Hewlett Packard Stock | | | | | Buy | 7/31 | L | | |
| 144. - Houston Tex Arpt Bonds | | | | | | | | | |
| 145. - Johnson & Johnson Stock | | | | | | | | | |
| 146. - Kellogg Stock | | | | | Buy | 7/31 | K | | |
| 147. - Lowes Stock | | | | | | | | | |
| 148. - Lubrizol Corp. Stock | | | | | | | | | |
| 149. - Medtronic Stock | | | | | Buy | 7/31 | L | | |
| 150. - Microsoft Stock | | | | | | | | | |
| 151. - Morgan J.P. Chase Stock | | | | | | | | | |
| 152. - Procter & Gamble Stock | | | | | | | | | |
| 153. - Rio Tinto PLC | | | | | Buy | 8/31 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 5/1/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  - Royal Dutch Shell Stock | | | | | Sell | 8/31 | L | | |
| 155.  - Staples Stock | | | | | | | | | |
| 156.  - Target Stock | | | | | | | | | |
| 157.  - Teva Pharmaceutical Stock | | | | | | | | | |
| 158.  - United Technologies Stock | | | | | | | | | |
| 159.  - Western Union Stock | | | | | Buy | 10/06 | K | | |
| 160.  - Weyerhaeuser Stock | | | | | | | | | |
| 161.  Trust Company of VT - IRA | C | Div. & Int. | M | T | | | | | |
| 162.  - Abbott Labs Stock | | | | | | | | | |
| 163.  - Allianz RCM Biotech Fund | | | | | | | | | |
| 164.  - Alltel Stock | | | | | | | | | |
| 165.  - Bank of America Stock | | | | | | | | | |
| 166.  - Bemis Stock | | | | | | | | | |
| 167.  - BPPLC Stock | | | | | | | | | |
| 168.  - Chevron | | | | | Sell | 8/22 | J | | |
| 169.  - Citigroup Stock | | | | | | | | | |
| 170.  - Clarcor Stock | | | | | Sell | 3/7 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
(See Column C2)    Q =Appraisal    V =Other    S =Assessment
   U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 5/1/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - Colgate-Palmolive Stock | | | | | Sell | 3/7 | J | | |
| 172. - Conagra Stock | | | | | Sell | 3/7 | J | | |
| 173. - Dover Corp. | | | | | Buy | 3/2 | J | | |
| 174. - Emerson Electric Stock | | | | | | | | | |
| 175. - Fidelity Select Elect. Fund | | | | | | | | | |
| 176. - Fortune Brands Stock | | | | | | | | | |
| 177. - FPL Group Stock | | | | | Sell | 3/7 | J | | |
| 178. - GS Finl Sq Prime Oblig Fund | | | | | | | | | |
| 179. - Healthcare PPTY Stock | | | | | | | | | |
| 180. - Illinois Tool Wks Stock | | | | | Buy | 3/7 | J | | |
| 181. - Johnson & Johnson Stock | | | | | | | | | |
| 182. - Kimco Realty Stock | | | | | Buy | 3/7 | J | | |
| 183. - Nokia Stock | | | | | Buy | 8/22 | J | | |
| 184. - Omnicom Group Stock | | | | | | | | | |
| 185. - Paterson Cos. Stock | | | | | Sell | 3/7 | J | | |
| 186. - Pepsico, Inc. | | | | | | | | | |
| 187. - Pfizer Stock | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 5/1/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. - Plum Creek Timber Stock | | | | | | | | | |
| 189. - Procter & Gamble Stock | | | | | Buy | 3/7 | J | | |
| 190. - Puget Energy Stock | | | | | Buy | 5/9 | J | | |
| 191. - Roche Holding Stock | | | | | Buy | 3/7 | J | | |
| 192. - Royal Dutch Shell Stock | | | | | Buy | 8/22 | J | | |
| 193. - Sysco Stock | | | | | Buy | 3/7 | J | | |
| 194. - United Technologies Stock | | | | | | | | | |
| 195. - US Bancorp Stock | | | | | | | | | |
| 196. - Wells Fargo Stock | | | | | | | | | |
| 197. - Zions Bancorp Stock | | | | | | | | | |
| 198. Trust #1 and Estate #1 | E | Div. & Int. | P1 | T | | | | | See Note in Part VIII |
| 199. - Bank America Corp. | | | | | Gift In | 7/28 | O | | |
| 200. - Dreyfus Tax Exempt Cash Fund | | | | | | | | | |
| 201. - Exxon Mobil Stock | | | | | | | | | |
| 202. - Washington Mutual Stock | | | | | | | | | |
| 203. Trust #2 | E | Div. & Int. | O | T | | | | | |
| 204. - Bank of America Stock | | | | | Gift Out | 7/28 | O | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 5/1/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. - Dreyfus Tax Exempt Cash Fund | | | | | | | | | |
| 206. - Kaman Stock | | | | | | | | | |
| 207. Merrill Lynch IRA | A | Div. & Int. | M | T | | | | | |
| 208. - American Growth Fund | | | | | | | | | |
| 209. - Ford Motor Cdt Bond | | | | | | | | | |
| 210. - General Mtrs Bond | | | | | | | | | |
| 211. - Hotchkis & Wiley Midcap Fund | | | | | | | | | |
| 212. - Loomis Sayles Strategic Fund | | | | | | | | | |
| 213. - Lord Abbett Midcap Fund | | | | | | | | | |
| 214. - Mainstay Balanced Fund | | | | | | | | | |
| 215. - Mainstay Midcap Growth Fund | | | | | | | | | |
| 216. - PIMCO Emerg Mkts Bd Fd | | | | | | | | | |
| 217. - TouchstoneMidcap GrowthFund | | | | | | | | | |
| 218. - Van Kampen Global Fd | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Est | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Murtha, J. Garvan | 5/1/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VII 199-203 Trust #1 and Estate #1 -- Because of death of beneficiary, assets became part of estate.

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 5/1/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____  Date  5/1/07

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544